UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC.,
                        Plaintiff,

-v-

FRANCISCO MENDEZ et al.,
                        Defendants.

19-CV-3907 (JPO)

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

    The above entitled action is referred to the Honorable Robert W. Lehrburger, United States Magistrate Judge, for the following purpose(s):

__X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)
_____

_____ HABEAS CORPUS

_____ INQUEST AFTER DEFAULT / DAMAGES HEARING

_____ SOCIAL SECURITY

_____ SETTLEMENT

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF
_____

SO ORDERED.

Dated: February 1, 2020
      New York, New York

_____
J. PAUL OETKEN
United States District Judge