```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

       - against -

FRANCISCO MENDEZ, et al.,

                Defendants.
-------------------------------------------------------------X

19 Civ. 03907 (JPO) (RWL)

**SCHEDULING ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    A telephonic Status Conference is set for June 15, 2020 at 11:30 a.m. so that the Court may discuss the case with the parties in light of Defendant Francisco Mendez's passing.  (*See* Dkt. 36.)  The parties shall call the teleconference line at **(888) 398-2342** and enter access code **9543348**.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:       June 8, 2020
               New York, New York

Copies transmitted to all counsel of record.