```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

       - against -

FRANCISCO MENDEZ, et al.,

               Defendants.
-------------------------------------------------------------X

19 Civ. 03907 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Pursuant to the telephonic Status Conference held before the Court on June 15, 2020, by June 29, 2020, the parties shall (1) meet and confer to discuss the discovery schedule going forward and (2) jointly submit a proposed revised discovery schedule.

                        SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     June 15, 2020
             New York, New York

Copies transmitted to all counsel of record.