```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

J & J SPORTS PRODUCTIONS, INC.,                :
                                               :
                              Plaintiff,        :
                                               :
              - against -                       :
                                               :
FRANCISCO MENDEZ, et al.,                      :
                                               :
                              Defendants.       :

-------------------------------------------------------------X

19-CV-3907 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the scheduling order governing this case, discovery closed on October

5, 2020.  The parties shall consult Judge Oetken's individual rules, and by **April 19, 2021**,

shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  April 5, 2021
          New York, New York

Copies transmitted this date to all counsel of record.