USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

          Plaintiff,

    - against -

FRANCISCO MENDEZ, et al.,

          Defendants.
-----------------------------------------------------------X

19-CV-3907 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A status conference was held in this case on June 25, 2021. Plaintiff counsel appeared for the conference; neither defense counsel nor any defendant appeared. Defendants were ordered to show cause in writing, by July 1, 2021, why defense counsel should not be sanctioned for failure to appear and why the case should not proceed to default judgment. Defendants have not submitted anything in writing or otherwise submitted anything to respond to the order to show cause.

Accordingly, Plaintiff shall file for default and then file a motion for default judgment in accordance with Judge Oetken's rules, if any, for doing so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2021
      New York, New York

Copies transmitted this date to all counsel of record.

1