UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC.
                         Plaintiff,

          -v-

MENDEZ et al.,
                         Defendant.

19-CV-3907 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Clerk of Court is directed to enter judgment as indicated on page 4 of this Court's order at Docket Number 59.

    SO ORDERED.

Dated: July 26, 2022
       New York, New York

                                       _____
                                           J. PAUL OETKEN
                                       United States District Judge